IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JOSEPH KNORR,<br><br>Plaintiff,<br><br>v.<br><br><br>GARY LYNCH, G.J.L. FARMS, LLC, GJL REAL ESTATE, LLC, AND PROTEIN SOURCES, LLP,<br><br>Defendants. | Case No. 20-cv-06114-DGK<br><br>**DEFENDANTS G.J.L. FARMS, LLC, AND GJL REAL ESTATE, LLC'S RULE 7.1 CERTIFICATE OF INTEREST** |

Defendants G.J.L. Farms, LLC, and GJL Real Estate, LLC for their Rule 7.1 Certificate of Interest, state there are no entities to disclose under Federal Rule of Civil Procedure 7.1 and/or Local Rule 7.1.

Respectfully submitted,

*/s/ Brian P. Rickert*
Brian P. Rickert

BROWN, WINICK, GRAVES, GROSS, AND BASKERVILLE, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515-242-2400
Facsimile: 515-283-0231

ATTORNEY FOR DEFENDANTS GARY LYNCH, G.J.L. FARMS, LLC, AND GJL REAL ESTATE, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2020, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Western District of Missouri by using the CM/ECF filing system, which will send notice to all counsel of record.

*/s/ Brooke Johnson, Legal Assistant*